# Third District Court of Appeal

## State of Florida

Opinion filed November 23, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-422
Lower Tribunal No. 07-26181
_____

**Maria J. Llerena-Molina,**
Appellant,

vs.

**HSBC Bank USA, N.A., etc.,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Maria J. Llerena-Molina, in proper person.

Aldridge | Pite LLP, and Zachary Ullman and Julia Poletti (Delray Beach), for appellee.

Before EMAS, LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed. See Arsali v. Chase Home Fin. LLC, 121 So. 3d 511, 519 (Fla. 2013) ("[J]udgments pertaining to set asides of judicial foreclosure sales are now, as they always have been, subject to review by way of an abuse of discretion standard"); Venezia v. Wells Fargo Bank, 306 So. 3d 1096, 1097-98 (Fla. 3d DCA 2020) ("[T]he law is well-established that an objection to a foreclosure sale must be directed toward conduct that occurred at, or was directly related to, the foreclosure sale") (citing IndyMac Fed. Bank FSB v. Hagan, 104 So. 3d 1232, 1236 (Fla. 3d DCA 2012) ("Florida case law is clear that the substance of an objection to a foreclosure sale under section 45.031(5) must be directed toward conduct that occurred at, or which related to, the foreclosure sale itself").